# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00307-CV

---

**Steven Benedict and Rayma Benedict, Appellants**

**v.**

**Tonya Hill and Charles Edward Hill, Jr., Appellees**

---

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 23-1108, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

---

## O R D E R  A N D  M E M O R A N D U M  O P I N I O N

**PER CURIAM**

The notice of appeal in this suit affecting the parent-child relationship was filed on May 9, 2024. On July 12, 2024, the parties jointly moved to abate the appeal for a period of not less than six months to attend family therapy rather than continue litigation. We granted the motion in part and ordered the parties to file a motion to reinstate the appeal, a motion to extend the abatement, or a status report by November 27, 2024. On November 26, 2024, the parties complied by filing a motion to indefinitely extend the abatement. We granted that motion in part and ordered the parties to file a motion to reinstate the appeal, a motion to extend the abatement, or a status report by February 25, 2025. On February 25, 2025, the parties filed a second motion for extension, seeking another indefinite continuation of the abatement. We grant the parties' motion in part and abate this appeal for ninety days from the date of this order or until further order of this Court. *See* Tex. R. App. P. 27.1. All appellate deadlines will be tolled during the

period of abatement. The parties shall file either a status report or a motion to reinstate the appeal on or before ninety days from the date of this order. No further extensions are likely to be granted absent a showing of good cause.

It is ordered on March 11, 2025.

Before Chief Justice Byrne, Justices Kelly and Ellis

Abated

Filed: March 11, 2025